THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FENG-CHI SHIH-SPRING, | CASE NO. C18-0749-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| IDS PROPERTY CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on notice that the parties have reached a settlement. The parties are DIRECTED to file a stipulated dismissal within 30 days of the issuance of this order. The Clerk is DIRECTED to strike all pending pre-trial deadlines, terminate all pending motions, and strike the trial date.

DATED this 22nd day of April 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0749-JCC
PAGE - 1