THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FENG-CHI SHIH-SPRING, | CASE NO. C18-0749-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| IDS PROPERTY CASUALTY INSURANCE COMPANY d/b/a AMERIPRISE AUTO & HOME INSURANCE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 57). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 9th day of May 2019

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0749-JCC
PAGE - 1